UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

United States of America )
    v. ) Case No. 1:10CR00003-008
Lonnie Belmar ) USM No. 09402-028
A/K/A "Beezy" )

Date of Previous Judgment: 01/04/2011     Sara Varner
Date of Previous Reduction: 10/29/2018     Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **155 months is reduced to 145 months**.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **155 months**     Amended Sentence: **145 months**
Previous Supervised Release Term Imposed: **5 years**     Amended Supervised Release Term: **4 years**
Previous Underlying Sentence Imposed:     Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

Except as provided above, all provisions of the judgment dated 01/04/2011 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 7/1/2019

*signature: Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana